UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL XYDAS,
    Plaintiff,

v.                            Case No.: 3:25cv2207/TKW/ZCB

AK89 L.L.C. d/b/a
ROCK N ROLL SUSHI,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

This Fair Labor Standards Act case is before the Court on Plaintiff's motion for default judgment against Defendant AK89, L.L.C. (Doc. 18). The Clerk of Court previously issued an entry of default against Defendant AK89. (Doc. 8). Defendant AK89 has not responded to the entry of default or the motion for default judgment.

Upon due consideration of the motion, Plaintiff's amended declaration (Doc. 23-1), and the entire case file, the Court believes Plaintiff is entitled to recover $2,722.70[1] in unpaid minimum wages,

---

[1] Plaintiff's amended declaration seeks $2,752.62. (Doc. 23-1 at 3). It appears, however, that there was a typographical error in Plaintiff's calculations. The amount of Plaintiff's unpaid salaried overtime plus liquidated damages was $2,517.02 as reflected at the top of page 3 of Plaintiff's amended declaration. Yet at the bottom of page 3 of Plaintiff's amended declaration, the amount of unpaid salaried overtime plus

1

unpaid overtime, and liquidated damages under 29 U.S.C. § 216(b).  The Court also finds that Plaintiff is entitled to an award of reasonable attorney's fees against Defendant AK89 under 29 U.S.C. § 216(b). Accordingly, it is **RECOMMENDED** that:

1.  The Clerk of Court be instructed to enter a default judgment against Defendant AK89, L.L.C. in favor of Plaintiff in the amount of $2,722.70.

2.  The Court reserve jurisdiction to determine the amount of reasonable attorney's fees due to Plaintiff in accordance with the procedures found in N.D. Fla. Loc. R. 54.1(E)-(G).

At Pensacola, Florida this 15th day of May 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### Notice to the Parties

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.  An objecting party must serve a copy of the objections on all

liquidated damages was incorrectly stated as $2,547.12.  (Doc. 23-1 at 3). When the correct figure of $2,517.20 is used, the total amount due to Plaintiff is $2,722.70 ($75.00 + $2,517.20 + $130.50 = $2,722.70).

other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.