**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**MICHAEL XYDAS,**

    **Plaintiff,**

**v.**                                      **Case No.  3:25-cv-2207-TKW-ZCB**

**AK89, L.L.C.** d/b/a Rock N' Roll Sushi**,**

    **Defendant.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 32).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination as to the amount of attorney's fees that Plaintiff is entitled to recover as the prevailing party in this Fair Labor Standards Act case.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Plaintiff's motion to determine the amount of attorney's fees (Doc. 28) is GRANTED, insofar as Plaintiff shall recover $8,360.00 in attorney's fees from Defendant under 29 U.S.C. §216(b).

Page 1 of 2

3.     The Clerk shall enter a supplemental judgment stating:   Plaintiff, Michael Xydas, shall recover from Defendant, AK89, L.L.C. d/b/a Rock N' Roll Sushi, a total of $8,360.00 in attorney's fees, plus post-judgment interest at the federal statutory rate from this date forward, for which sums let execution issue.

4.     The Clerk shall close the case file.

**DONE AND ORDERED** this 27th day of July, 2026.


_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**